No. 2,397.—H. B. WILEY ET AL., APPELLANTS, v. J. W. STITH ET AL., RESPONDENTS.

*Appeal from District Court, Custer County; Chas. H. Loud,* Judge.

Decided April 8, 1907.

PER CURIAM.—Appellants' motion to dismiss the appeal herein is hereby sustained and the appeal dismissed.

*Mr. Geo. W. Farr,* for Appellants.